UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-23313-CIV-UNGARO

NOVONEURON, INC.,

    Plaintiff,

v.

ADDICTION RESEARCH INSTITUTE, INC., et al.,

    Defendants.

                                    /

## OMNIBUS ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion for Relief from Judgment, filed on March 13, 2009. (D.E. 44.) Also before the Court is Defendants' Unopposed Motion for Extension of Time to File, filed May 6, 2009. (D.E. 51.)

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises. Given the Eleventh Circuit's recent Order vacating this Court's Order of dismissal and remanding the case for further proceedings, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion (D.E. 44) is DENIED AS MOOT. It is further

ORDERED AND ADJUDGED that Defendants' Motion (D.E. 51) is GRANTED. Defendants SHALL file their Answer to Plaintiff's Amended Complaint by May 28, 2009.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of May, 2009.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record